UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| ROCHELLE HAMS,<br><br>                Plaintiff,<br><br>     v.<br><br>MICHAEL J. ASTRUE, Commissioner of Social Security,<br><br>                Defendant. | Case No. C11-1205-RAJ<br><br>ORDER REVERSING AND REMANDING CASE FOR FURTHER ADMINISTRATIVE PROCEEDINGS |

The court has considered Plaintiff's complaint, the parties' briefs, all papers and exhibits filed in support and opposition thereto, the Report and Recommendation ("R&R") (Dkt. # 18) of the Honorable James P. Donohue, United States Magistrate Judge, and the balance of the record. The court notes that no party objected to the R&R. The court orders as follows:

(1) The Court adopts the R&R, reverses the final decision of the Commissioner, and remands this case to the Social Security Administration for further proceedings consistent with the R&R.

(2) The clerk shall dismiss this case and enter judgment for Plaintiff.

ORDER REMANDING CASE
PAGE - 1

(3)     The clerk shall send copies of this order to the parties and to Judge Donohue.

DATED this 1st day of May, 2012.

*[signature: Richard A. Jones]*

The Honorable Richard A. Jones
United States District Court Judge

ORDER REMANDING CASE
PAGE - 2