# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

ROCHELLE HAMS,

    Plaintiff,

v.

MICHAEL J. ASTRUE, Commissioner of Social Security,

    Defendant.

Case No. C11-1205-RAJ

ORDER REVERSING AND REMANDING CASE FOR FURTHER ADMINISTRATIVE PROCEEDINGS

The court has considered Plaintiff's complaint, the parties' briefs, all papers and exhibits filed in support and opposition thereto, the Report and Recommendation ("R&R") (Dkt. # 18) of the Honorable James P. Donohue, United States Magistrate Judge, and the balance of the record. The court notes that no party objected to the R&R. The court orders as follows:

(1)    The Court adopts the R&R, reverses the final decision of the Commissioner, and remands this case to the Social Security Administration for further proceedings consistent with the R&R.

(2)    The clerk shall dismiss this case and enter judgment for Plaintiff.

ORDER REMANDING CASE
PAGE - 1

(3) The clerk shall send copies of this order to the parties and to Judge Donohue.

DATED this 1st day of May, 2012.

	*[signature: Richard A. Jones]*

	The Honorable Richard A. Jones
	United States District Court Judge

ORDER REMANDING CASE
PAGE - 2